JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUHIR AZMI SHAFIK MIKHAIEL<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Defendants. | No. ED CV 25-2349-DMG (JCx)<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [18]** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the instant action is stayed and administratively closed until **April 13, 2026**. If this action has not been voluntarily dismissed, the parties shall file a Joint Status Report by that date.

DATED: November 14, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE