UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUHIR AZMI SHAFIK MIKAIEL,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>Defendants. | No. ED CV 25-2349-DMG (JCx)<br><br>**ORDER RE JOINT STATUS REPORT AND REQUEST TO EXTEND THE STAY [20]** |

Having read and considered the parties' Joint Status Report and Request to Extend the Stay, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the stay in the instant action shall be extended until July 13, 2026. If this action has not been voluntarily dismissed as of July 13, 2026, the parties shall file a Joint Status Report by that date.

DATED: April 1, 2026

_____
DOLLY M. GEE
Chief United States District Judge